### KILLIAN *v.* BANKS.

LEWIS, J.   This was the first grant of a new trial, and, in view of the evidence disclosed by the record, the case falls within the provision of Civil Code, § 5585.                    *Judgment affirmed.   All the Justices concurring.*

Argued June 14, — Decided July 10, 1900.

Complaint for land.   Before Judge Lumpkin.   Fulton superior court.   October 2, 1899.

*W. J. Speairs* and *C. J. Simmons*, for plaintiff.
*C. W. Smith* and *C. T. Ladson*, for defendant.

---

### LAMAR, administrator, *v.* GARDNER *et al.*

SIMMONS, C. J.   The evidence was conflicting on the material issues in the case, and the trial judge did not abuse his discretion in refusing the injunction.
*Judgment affirmed.   All the Justices concurring, except Cobb, J., disqualified.*

Argued May 22. — Decided July 11, 1900.

Petition for injunction.   Before Judge Spence.   Decatur county.   February 28, 1900.

*Townsend & Westmoreland* and *Harrison & Bryan*, for plaintiff.
*B. B. Bower* and *Hawes & Hawes*, for defendants.